HOUR: _1616_
DEPUTY SHERIFF _CKBGC_

IN THE CIRCUIT COURT, NINETEENTH
JUDICIAL CIRCUIT; IN AND FOR
INDIAN RIVER COUNTY, FLORIDA

CASE NO.:   312020CA000110XXXXXX

ASHLEIGH FERNANDEZ,

    Plaintiff,

v.

TARGET CORPORATION,

    Defendant.

_____/

### SUMMONS

THE STATE OF FLORIDA
To the Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition
in this action on Defendant:

    **TARGET CORPORATION**
    **C/O CT CORPORATION SYSTEM**
    **1200 S. PINE ISLAND ROAD**
    **PLANTATION, FL 33324**

Each defendant is required to serve written defenses to the Complaint or Petition on
Jonathan I. Rotstein, Esquire, 309 Oakridge Blvd., Ste. B, Daytona Beach, FL 32118, the
attorney for the Plaintiff, within 20 days after service of this summons on that defendant,
exclusive of the date of serve and to file the original of the defenses with the clerk of the
court either before service on Plaintiff's attorney or immediately thereafter. If a defendant
fails to do so, a default will be entered against that defendant for the relief demanded in
the complaint or petition.

DATED this ___ day of _____, 20____.

Jeffrey R Smith
CLERK OF THE COURT
BY: _____   |02/19/2020
As Deputy Clerk

**Exhibit 2**

**IMPORTANTE**

Usted ha sido demandada legalmente, Tiene veinte (20) dias, contados a partir del recidbo de esta notification, para contestar la demanda adjunto, por escrito, y presentarla ante este tribunal. Una llamada telefonica no lo protegera; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, includyendo el numero del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado immediatament. Si no conoce a un abogoado, puede llamar a una de las oficinas de asistencia legal que aparencen en la guia telefonica. Si desca reponder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante al tribunal, debera usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandate O Abogoado del Demanadante).

**IMPORTANT**

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifts a apartir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce Tribunal. Un simple coup de telephone est infuffisant pour vous proteger; vous estes oblige de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees isi, si vous souhaitez que le Tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur de Tribunal. Il y a d'autres obligations juridiques et vous pouvez reqerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie au carbone ou une photocopie de votre reponse ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

REQUESTS FOR ACCOMMODATIONS BY PERSONS WITH DISABILITIES. If you are a person with a disability who needs and accommodation in order to participate in this proceeding, you are entitled, ▮▮▮ ▮est to yo▮, ▮▮ ▮he provision of certain assistance. Please contact Court Administration ▮▮▮ ▮▮▮▮▮nty Club Drive, Suite 217, Port St. Lucie, FL 34986, 772-807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 7qq.

**ENGLISH:**

If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Lisa Jaramillo, 250 NW Country Club Drive, Suite 217, Port St. Lucie, FL 34986, (772) 807-4370 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**SPANISH:**

Si usted es una persona discapacitada que necesita algún tipo de adecuación para poder participar de este procedimiento, usted tiene derecho a que se le ayude hasta cierto punto y sin costo alguno. Por favor comuníquese con Lisa Jaramillo, 250 NW Country Club Drive, Suite 217, Port St. Lucie, Fl. 34986, (772) 807-4370, al menos 7 días antes de su fecha de comparecencia o inmediatamente después de haber recibido esta notificación si faltan menos de 7 días para su cita en el tribunal. Si tiene discapacidad auditiva o de habla, llame al 711.

**KREYOL:**

Si ou se yon moun ki andikape epi ou bezwen nenpòt akomodasyon pou ou ka patisipe nan pwosè sa-a, ou gen dwa, san ou pa gen pou-ou peye anyen, pou yo ba-ou yon seri de asistans.  Tanpri kontaktc Lisa Jaramillo, 250 NW Country Club Drive, Suite 217, Port St. Lucie FL 34986, (772) 807-4370 omwen 7 jou alavans jou ou gen pou-ou parèt nan tribunal-la, ouswa imedyatman kote ou resevwa notifikasyon-an si ke li mwens ke 7 jou; si ou soud ouswa bèbè, rele 711.

DATE: 2/4/2020
HOUR
DEPUTY SHERIFF

IN THE CIRCUIT COURT, NINETEENTH
JUDICIAL CIRCUIT IN AND FOR
INDIAN RIVER COUNTY, FLORIDA

CASE NO.:

ASHLEIGH FERNANDEZ,

      Plaintiff,

v.

TARGET CORPORATION,

      Defendant.

_____/

## PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, the Plaintiff ASHLEIGH FERNANDEZ by and through the undersigned attorney, Jonathan I. Rotstein, Esquire, and pursuant to Florida Rules of Civil Procedure 1.190, and hereby files this Complaint against Defendant TARGET CORPORATION and in support thereof states and alleges as follows:

## FACTS

1. This is an action for damages that exceed Thirty Thousand Dollars ($30,000.00).

2. Plaintiff, ASHLEIGH FERNANDEZ is a resident of Vero Beach, Indian River County, Florida and is over the age of twenty-one (21).

3. Defendant TARGET CORPORATION was a Foreign Corporation authorized and licensed to conduct business in Vero Beach, Indian River County, Florida by the Secretary of State and does conduct said business in Indian River County, Florida.

4. The accident which is the subject matter of this litigation occurred in Vero Beach, Indian River County, Florida.

5.      This Honorable Court has jurisdiction over this lawsuit in that the accident, which is the basis of this lawsuit took place in Indian River County, Florida, and that this action for money damages for the Plaintiff ASHLEIGH FERNANDEZ exceeds Thirty Thousand Dollars ($30,000.00) against Defendant TARGET CORPORATION.

## NEGLIGENCE AGAINST DEFENDANT

6.      Plaintiff, ASHLEIGH FERNANDEZ is entitled to relief against Defendant TARGET CORPORATION based upon the following facts:

      (a)      Plaintiff realleges and reavers each and every allegation contained in paragraphs 1 through 5 above as though stated herein.

7.      On or about December 8, 2018, Plaintiff ASHLEIGH FERNANDEZ was a business invitee at Target and lawfully upon the premises of the Defendant's business located at 5800 20th Street in Vero Beach, Indian River County, Florida.

8.      At the aforesaid time and place, as the Plaintiff was walking toward the entrance of the store when she encountered a motorcycle that was parked on the walkway in front of the entrance. As Plaintiff tried to walk around the motorcycle, she fell off of the edge of the walkway, causing serious and permanent physical injury to Plaintiff.

9.      At the aforesaid time and place, the Defendant owned, used, possessed, and/or held a mortgage or other lien on the property where the Plaintiff was injured.

10.      That at all times material hereto, Defendant, TARGET CORPORATION, acted by and through its employees, servants, and/or agents, who at all times material hereto, acted within the course and scope of their employment with Defendant.

11.      Defendant, TARGET CORPORATION, had a duty to use reasonable care to maintain the premises in a reasonably safe condition.

2

12. Defendant, TARGET CORPORATION, had a duty to warn Plaintiff of concealed perils which are or should be known to Defendant and which were unknown to Plaintiff and could not be discovered by Plaintiff through the exercise of due care.

13. That at the aforesaid time and place, Defendant breached its duty of care by:

a) failing to maintain the premises in a reasonably safe condition;

b) failing to warn Plaintiff of a concealed peril that was known to Defendant and that was unknown to Plaintiff and could not have been discovered by Plaintiff through the exercise of due care; and

c) failing to warn the Plaintiff of a concealed peril that should have been known to Defendant and was unknown to Plaintiff and could not have been discovered by Plaintiff through the exercise of due care.

14. At the aforesaid time and place, Defendant failed to maintain the premises in a reasonably safe condition by providing Plaintiff with a walkway that contained obstacles and was unfit to be used as a walkway, Defendant knew that the walkway provided to Plaintiff contained obstacles and failed to warn Plaintiff that the walkway was unfit to be used as a walkway, and/or Defendant should have known that the walkway contained obstacles and failed to warn Plaintiff that the walkway was unfit to be used as a walkway.

15. That as a direct and proximate result of the aforedescribed careless, wrongful and negligent acts of the Defendant TARGET CORPORATION, Plaintiff ASHLEIGH FERNANDEZ has been permanently and seriously injured and bruised in and about her left ankle, joints and limbs, suffering physical pain and suffering in the past and indefinitely into the future, suffering mental pain in the past and indefinitely into the future, losing the capacity for the enjoyment of life in the past and indefinitely into the future, incurring medical and hospital bills for care and treatment in the past and into the indefinite future and aggravation of a pre-existing injury; all in an amount exceeding Thirty Thousand Dollars ($30,000.00), against the Defendant.

3

WHEREFORE, Plaintiff ASHLEIGH FERNANDEZ demands judgment for damages and costs in an amount exceeding Thirty Thousand Dollars ($30,000.00), against Defendant, TARGET CORPORATION plus costs of the court and trial by jury.

I HEREBY CERTIFY that a copy of the above and foregoing has been furnished, by regular U.S. mail delivery and/or electronic mail, this _14th_ day of _February_, 2020 to John Kryzer, Claims Adjuster, Sedgwick CMS, Post Office Box 14453, Lexington, KY 40512-4453, John.kryzer@sedgwick.com

Jonathan I. Rotstein, Esquire
Law Office of Rotstein & Shiffman, LLP
309 Oakridge Blvd., Suite B
Daytona Beach, FL 32118
Florida Bar No. 909580
(386) 252-5560 / (386) 238-6999 fax (lmb)
Primary: s.carter@rotstein-shiffman.com
Secondary: l.bonner@rotstein-shiffman.com
t.dallarosa@rotstein-shiffman.com
Attorney for Plaintiff

4